COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:      General Metal Fabricating Corporation, G. M. F. Leasing Inc., and Arnold Curry v. John Stergiou and Main Marine Repair and Industrial Cleaning Co.

Appellate case number:    01-11-00460-CV

Trial court case number:  0000900

Trial court:              133rd District Court of Harris County

The Court requests that John Stergiou and Main Marine Repair and Industrial Cleaning Co. respond to the "Further Motion for Rehearing En Banc" filed by General Metal Fabricating Corp., GMF Leasing, Inc., and Arnold Curry. The response is due fifteen days from the date of this notice.

Clerk's signature:  /s/ Christopher A. Prine

Date:  June 19, 2013